UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUGO MACIAS TORRES,

        Plaintiff,

  v.

SN SERVICING CORPORATION, NP162, LLC,

        Defendants.

C18-380 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) This case is based on diversity jurisdiction. Defendant NP162, LLC is DIRECTED, within 14 days of this Minute Order, to identify all of its members or owners and indicate the citizenship of each member or owner. *See Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-96 (1990); *Johnson v. Columbia Props Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2018.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1