ZIEVE, BRODNAX & STEELE, LLP
Scott D. Crawford, Esq., #34978
11335 NE 122nd Suite 105
Kirkland, WA 98034
Phone: (206) 209-0375
Facsimile: (206) 374-2252

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTRN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| HUGO MACIAS TORRES aka HUGO MACIAS,<br><br>Plaintiff;<br><br>vs.<br><br>SN SERVICING CORPORATION and NP162, LLC,<br><br>Defendants. | Case No.: 18-CV-00380-TSZ<br><br>**CORPORATE DISCLOSURE STATEMENT OF SN SERVICING CORPORATION and NP162, LLC PER LOCAL RULE 7.1** |

### CORPORATE DISCLOSURE STATEMENT PER LR 7.1

Please be advised that Defendant **SN SERVICING CORPORATION** is an Alaska corporation which is owned by Security National Master Holding Corporation, LLC, an Alaska limited liability company. Both entities are privately held. Security National Master Holding Corporation, LLC has the following manager and members:

-Security National Master Manager, LLC (Louisiana)

-Robin and Cherie Arkley Family Trust, member (California)

-CTT, LLC, Trustee for Allison Arkley Trust #3, member (California)

-CTT, LLC, Trustee for Elizabeth Arkley Trust #3, member (California)

1

-Allison E. Arkley, an Individual, member (California)

- CTT, LLC, Trustee for Elizabeth Arkley Trust #1, member (California)

- CTT, LLC, Trustee for Allison Arkley Trust #6, member (California)

- CTT, LLC, Trustee for Elizabeth Arkley Trust #6, member (California)

Please also be advised that Defendant **NP 162, LLC** is also privately held, having the following members:

Prospect Mountain Capital, LLC, member, a Connecticut limited liability company.

Shelving Rock Capital, LLC, member, a Connecticut limited liability company.

SRP 2016-E, LLC, member, a Connecticut limited liability company.

ZIEVE, BRODNAX & STEELE

Dated: June 8, 2018   By: /s/ Scott D. Crawford
　　　　　　　　　　　　　　Scott D. Crawford WSBA# 34978
　　　　　　　　　　　　　　Attorneys for Defendants