UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUGO MACIAS TORRES aka MUGO MACIAS,

        Plaintiff,

v.

SN SERVICING CORPORATION and NP162, LLC,

        Defendants.

C18-380 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On June 8, 2018, Defendant NP162, LLC filed a Corporate Disclosure Statement, docket no. 14, in response to the Court's May 25, 2018, Minute Order, docket no. 13, identifying the citizenship of each of its members or owners. The Corporate Disclosure is deficient. For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). In its Corporate Disclosure Statement, NP162, LLC specifies that its three members are all LLCs (collectively, the "Member LLCs"). Although it indicates that each of those members are Connecticut LLCs, it does not disclose the citizenship of the Member LLCs' owners/members. The Court cannot complete its diversity jurisdiction analysis without this information. For purposes of this exercise, the state in which each Member LLC was formed is irrelevant. *See id.*

(2) Defendant NP162, LLC is DIRECTED, on or before July 20, 2018, to file a supplemental disclosure under penalty of perjury, identifying each owner/member of the Member LLCs and indicate the state in which each member/owner was a citizen at the

MINUTE ORDER - 1

time the Complaint was filed.  If any succeeding owner/member of (1) any Member LLC, or (2) any owner/member of any Member LLC, is *also* an LLC, Defendant NP162, LLC is directed to disclose the identity of each corresponding owner/member and the state of which each of those owners/members were citizens at the time the Complaint was filed.

     (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of June, 2018.

                                     William M. McCool
                                     Clerk

                                   s/Karen Dews
                                   Deputy Clerk

MINUTE ORDER - 2