UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUGO MACIAS TORRES,<br><br>    Plaintiff,<br><br> v.<br><br>SN SERVICING CORPORATION and<br>NP162, LLC,<br><br>    Defendants. | C18-380 TSZ<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) Counsel having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination, NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within 90 days of the date of this Order.

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 15th day of October, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1